

GOVERNMENT EXHIBIT
1
V-15-30

Bond set by Judge at $0

## CAPIAS INSTANTER

**THE STATE OF TEXAS**          12-8-26813-D



FILED 2015 MAY 14 PM 2:26

TO ANY PEACE OFFICER OF THE STATE OF TEXAS — GREETINGS:

YOU ARE HEREBY COMMANDED to arrest **WILLIAM CHANCE WALLACE** and him/her safely keep, so that you have him/her before the Honorable 377th Judicial District Court Judicial District Court of Victoria County, Texas, at the Court House of said County, in Victoria, Texas, Instanter, then and there to answer the STATE OF TEXAS upon ORDER of the judge for violation of condition(s) of community supervision for the offense for which said person is on community supervision in this case, to-wit: UNLAWFUL DELIVERY OF CONTROLLED SUBSTANCE IN PENALTY GROUP 1 (>=4 GRAMS, BUT <200 GRAMS).

HEREIN FAIL NOT, but make due return hereof to this Court Instanter.

WITNESS my hand and seal of office, at Victoria, Texas, this 7th day of January, 2015.

CATHY STUART
Clerk of the District Clerk
Victoria County, Texas

By: _____ Deputy

### SHERIFF'S RETURN

CAME TO HAND on the 7 day of January, 2015 at 2:00 o'clock P.M., and executed on the 12 day of May, 2015 at _____ o'clock ___.M., by arresting the within named William Chance Wallace at VICTORIA in VICTORIA County, Texas, and *taking his/her bond, *placing him/her in jail at VICTORIA.
I actually and necessarily traveled _____ miles in the service of this Writ, in addition to any other mileage I may have traveled in the service of other processes in this cause during the same trip.

FEES:
Making Arrest......$ _____
Mileage ................$ _____
Taking Bond ........$ _____
Commitment ........$ _____
TOTAL .................$ _____

T. MICHAEL O'CONNOR
Sheriff **VICTORIA** County, Texas

By: _____ Deputy

DISTRICT COURT, VICTORIA COUNTY, TEXAS