**The mobile number was located on 5/12/2015 13:17:51 GMT**

| ITN | 1763011 |
|---|---|
| Case ID | XXXXXXXXXXA111 |
| Mobile Number | XXXXXX2295 |
| Confidence Level | 67 |
| Longitude | 097 04 08.417W |
| Latitude | 28 52 17.116N |
| Radius | 6 meter (Certainty Factor) |
| Data Source | 3G-GMLC |



GOVERNMENT EXHIBIT 4
V-15-30

