UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. V-15-30-SS |
| | § | |
| WILLIAM CHANCE WALLACE | § | |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant **WILLIAM CHANCE WALLACE** hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this case, which judgment was pronounced on May 3, 2016.

Respectfully submitted,

By: \_\_\_\_\_/s/_____
Micah W. Hatley
P.O. Box 2113
302 W. Forrest Street
Victoria, Texas 77902
(361) 489-3481 P
(361) 597-3167 F
E-Mail: mwhatley.hatlawfirm@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on May 16, 2016 a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification to all CM/ECF participants in this case.

\_\_\_\_\_/s/_____
Micah W. Hatley